AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

United States of America
v.

JOHN DEAL

*Defendant(s)*

**SEALED**

Case No. 4:26MJ3123

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of until August 4, 2026 in the county of Lincoln in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Reciept of child pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

Please see the attached affidavit of SA Amber Mann.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Amber Mann, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/28/2026

[signature]
*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT**

I, Amber Mann, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since 2019. I am currently assigned to the FBI Omaha Field Office's Child Exploitation and Human Trafficking Task Force, charged with investigating violent crimes against children, including sexual exploitation of children, child sexual abuse material, child prostitution, human sex trafficking violations, and kidnappings. Prior to joining the FBI, I was an investigator and Special Agent for Bureau of Alcohol Tobacco Firearms and Explosives for nine years. My training and experience as a Special Agent, my participation in the investigation of child sexual abuse material and child prostitution violations, and my conversations with other law enforcement officials familiar with child exploitation, child sexual abuse material and human trafficking, form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein.

2. This Affidavit is submitted in support of a criminal complaint for John T Deal. (DOB: 05/18/1980). There is probable cause to believe that John T Deal has violated Federal Law. Specifically, He has violated Title 18, United States Code, Section 2252. I make this affidavit in support of a criminal complaint and arrest warrant charging John T Deal with violations of Title 18, United States Code, Section 2252(a)(2) Receipt of Child Pornography and Title 18, United States Code, Section 2252 (a)(4)(B) Access with Intent to View and Possession of Child Pornography.

3. The statements in this Affidavit are based in part on information provided by the FBI and on my investigation of this matter. Since this affidavit is being submitted for the limited

purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that John T Deal has committed violations of Title 18, United States Code, Section 2252(a)(2) Receipt of Child Pornography, Title 18, United States Code, Section 2252 (a)(4)(B) Access with Intent to View, Title 18, United States Code, Section 2252 (a)(5)(B) and (b)(2) Possession of Child Pornography.

## DEFINITIONS OF TERMS USED BELOW

a) TOR/.onion – The Onion Router, an internet browser designed for anonymous communication and private web browsing. TOR/.onion pages are sometime referred to as the "Dark Web" or "Deep Web".

b) Bitcoin (BTC) – The most commonly used decentralized digital currency also called "crypto currency". Transactions are verified on the Blockchain and recorded on a public distribution ledger. Each Bitcoin can be divided down to 8 decimal places.

c) Bitcoin Transaction – A transfer of Bitcoin that was successfully sent between two wallets.

d) Cash App - A Cash App account allows an individual to conduct electronic money transfers, funded by a linked debit card, bank account, credit card, physical cash, or stored balance to other individuals and businesses. Cash App users may also use funds to purchase or sell Bitcoin ("BTC") and transact with other Cash App users peer-to-peer ("P2P"), or with external users via transactions on the blockchain.

e) Blockchain – A public ledger documenting digital currency transactions.

f) CSAM – Child Sexual Abuse Material sometimes referred to as "Child Pornography".

g) Lolita – A term used to describe a young girl who has a sexual appearance or behaves in a sexual way.

h) TRM Labs – A blockchain intelligence and AI investigations company that specializes in detecting, monitoring and preventing cryptocurrency related crime.

i) Chainalysis – An American blockchain corporation known for blockchain analytics, compliance software, and investigation services.

j) FrostWire - a free and open-source BitTorrent client first released in September 2004. FrostWire is a peer 2 peer file sharing network.

## DETAILS OF THE INVESTIGATION

4. On September 3, 2025, the National Center for Missing and Exploited Children (NCMEC) created CyberTip: 219298352. The tip was created based upon information provided by Block Inc., the parent company of Cash App. The CyberTip was generated based on Bitcoin (BTC) transactions with known wallets selling CSAM. The following subject information was provided:

| | |
|---|---|
| **Name:** | John Deal |
| **Address:** | 813 E 2nd St<br>North Platte, NE 69101 US |
| **Phone:** | 3085201537 |
| **Date of Birth:** | 05-18-1980 |
| **Email Address:** | johndeal64@gmail.com |
| **All email addresses reported?** | No |
| **Screen/User Name:** | $jtdeal64 |
| **Compromised Account?** | No |
| **IP Address:** | 140.228.225.195<br>12-29-2024 00:00:00 UTC |

5. On-chain attribution was determined using a third-party blockchain analytics tool, which tracks, analyzes, and visualizes cryptocurrency transactions to identify fund flows, cluster wallet addresses owned by the same entity, and flag potential illicit activity associated with such clusters. Using this tool, the origin and destination of the funds were traced to assess control at the time of transfer. Based on this analysis, the transaction was attributed to the

reported party, indicating they either directly sent funds to or received funds from the illicit actor, or their funds ultimately reached the illicit actor through an intermediary wallet(s) controlled by the recipient. Analysis was conducted utilizing a third party blockchain analytics tool (TRM Labs and Chainalysis).

6. The CyberTip identified that on December 29, 2024, an account using the subscriber details of John T Deal ("Deal", Cash App account: C_54d5k8m4y) made two BTC transactions using Cash App account C_54d5k8m4y. The first transaction made at 5:10 AM UTC on December 29, 2024, totaling .00056315 BTC (approximately $50.31) sent to wallet addresses 326iMjfPSF7vCoht1Fuu29Uro1NaDBEk4F ("326iMj"). The second transaction made at 6:32 AM UTC on December 29, 2024, totaling .00038102 BTC (approximately $33.00) sent to wallet addresses bc1qt5jet0zmdfmdkpsn063xkx8u7d2rrm0dtrguqv ("bc1qt5"). The transactions totaled approximately $83.31 and both of which were successful.

7. Third-party vendor Chainanalysis identified wallet 326iMj to be associated with an entity LolitaCity, a .onion webpage believed to advertise the sale of CSAM. Third-party vendor TRM Labs, identified bc1qt5 is a CSAM scam wallet being used to accept money on a number of .onion pages that advertise the sale of CSAM with previews, to include pages titled "Little Whore", "Naked & Smalls", and "My Boys".

8. Both of these transactions occurred on the same day in amounts well-under $100.00, which is common with typical CSAM transaction amounts. As both vendors revealed, Deal's BTC withdrawals were being sent to wallets known to accept funds for the sale of CSAM and both transactions were successful.

9. The CyberTip further reported the Internet Protocol ("IP") address accessed by the subject and was associated with the purchase activity was 140.228.225.195 on December 29,

2024. The BTC withdrawals appeared to be funded by Deal's linked payment card which was a Visa debit card ending in #5031 at Centris Federal Credit Union.

10. On November 14, 2025, a Lancaster County subpoena was sent to Allo Fiber, a telecommunications company providing 100% fiber-optic internet, television, and phone services to residential and business customers. On November 14, 2025, Allo Fiber replied with the following information:

IP: 140.228.225.195
Name: John Deal
Service address: 813 E 2nd ST, North Platte, NE 69101
Email: johndeal64@hotmail.com

11. On November 14, 2025, a Lancaster County subpoena was sent to Block, Inc for the username: $jtdeal64, name: John Deal, phone number: 308-520-1537, and email address: johndeal64@gmail.com. On December 16, 2025, Block Inc, again the parent company of Cash App, produced account information for username: $jtdeal64. The Block/Cash App account was opened using the following information:

Verification Name: John T Deal
Date of Birth: 1980-05-18
Last four of his social: 0014
Address: 813 E 2nd Street, North Platte, Nebraska

12. The account was created August 19, 2021. The bank account connected to the Cash App account is Centris Federal Credit Union. The account transactions consisted of both U.S. dollars and Bitcoin. The transactions below occurred on December 29, 2024, the date of the two transactions flagged on the Cybertip:

| Date | Status | Description | Amount | Balance After | Receiver's Wallet Address |
|---|---|---|---|---|---|
| 2024-12-29 17:30:01 UTC | SETTLED | SETTLED bitcoin withdrawal of | BTC -0.00003395 | BTC 0.00011197 | 34ZNU53CmVw7B7UtH8oFXdQkQ63UvEe7Tb |
| 2024-12-29 17:11:28 UTC | VOIDED | | BTC 0.00856223 | BTC 0.00867420 | |
| 2024-12-29 17:10:54 UTC | SETTLED | sale of USD 14.66 | BTC 0.00015543 | BTC 0.00867420 | |
| 2024-12-29 17:10:38 UTC | SETTLED | sale of USD 795.81 | BTC 0.00843833 | BTC 0.00851877 | |
| 2024-12-29 06:32:05 UTC | SETTLED | SETTLED bitcoin withdrawal of | BTC -0.00003316 | BTC 0.00008044 | bc1qt5jet0zmdfmdkpsn063xkx8u7d2rrm0dtrguqv |
| 2024-12-29 06:21:30 UTC | VOIDED | | BTC 0.00038102 | BTC 0.00046146 | |
| 2024-12-29 05:10:44 UTC | SETTLED | SETTLED bitcoin withdrawal of | BTC -0.00003315 | BTC 0.00046146 | 326iMjfPSF7vCoht1Fuu29Uro1NaDBEk4F |
| 2024-12-29 04:59:28 UTC | VOIDED | | BTC 0.00056315 | BTC 0.00102461 | |
| 2024-12-29 04:57:42 UTC | SETTLED | sale of USD 97.75 | BTC 0.00102461 | BTC 0.00102461 | |

13. The red oval highlights the two wallets associated with known CSAM entities. These are the two wallets mentioned above to be associated with the .onion pages "LolitaCity" and "Little Whore."

14. On November 14, 2025, a Lancaster County subpoena was sent to Centris Federal Credit Union for the account belonging to John Deal with a social security number ending in 0014. On November 21, 2025, account information for John Deal was received. The information provided included transitions made on December 29, 2024, that included money transfers to a Cash App account using the name John Deal:

| Transmit Time ID | Transaction Classification DESC | Transaction Type DESC | Action Group DESC | Merchant Category Code DESC | Merchant Name DESC | Settlement Amount (DTL) |
|---|---|---|---|---|---|---|
| 12/29/24 4:57 | Authorization | Money Transfers From (Debit) | Approved | WIRE TRANSFER MONEY ORDER | CASH APP*JOHN DEAL*ADD CA | $ 100.00 |
| 12/29/24 7:57 | Clearing | Money Transfers From (Debit) | Approved | WIRE TRANSFER MONEY ORDER | CASH APP*JOHN DEAL*ADD CA | $ 100.00 |
| 12/29/24 17:10 | Authorization | Money Transfers From (Debit) | Approved | WIRE TRANSFER MONEY ORDER | CASH APP*JOHN DEAL*ADD CA | $ 825.00 |
| 12/29/24 17:28 | Authorization | Purchases | Approved | MISC GENERAL MERCHANDISE | TIL*TP 7 BREW SB386 | $ 8.13 |
| 12/29/24 20:10 | Clearing | Money Transfers From (Debit) | Approved | WIRE TRANSFER MONEY ORDER | CASH APP*JOHN DEAL*ADD CA | $ 825.00 |

15. On July 20, 2026, an FBI employee working in an undercover capacity navigated to litlgrogpoyrxxzr4rikujtw6aylygk7ugml257yfz3tqh6kfylsn6ad.onion (the .onion address provided by TRM Labs as attribution for documenting wallet "bc1qt5" as a CSAM scam wallet.) The undercover agent documented the page with screenshots and observed the following. The .onion page was titled "LITTLE WHORE CP PORN" and contained 150 images of prepubescent CSAM. The page contained a link to login, once clicked a login/registration page opened. The login/registration page contained a Bitcoin address for payment and the amount of Bitcoin needed to gain access to the page.

16. Based upon subpoena productions from Centris Federal Credit Union, Block Inc, and Allo Fiber, Deal's address is listed as 813 East 2nd Street, North Platte, Nebraska. The Lincoln County Assessor lists John Deal as the owner of the property at 813 East 2nd Street. Based upon the IP address captured by Block Inc, the transaction occurred at Deal's residence.

17. A search of Nebraska Criminal Justice Information System (NCJIS) provided Deal's active driver's license information which matched the information provided by Block Inc. NCJIS also revealed there is one vehicle registered to Deal at the Target Residence, a beige 2015 Jeep Grand Cherokee.

18. Further identification of the subject, John Deal, revealed he is currently employed as a North Platte Police Officer, assigned as a Task Force Officer with Homeland Security Investigations. In this role, Deal has previously been tasked with investigating CyberTips generated by NCMEC, among other duties.

19. Based upon my training and experience individuals who have extensive computer knowledge oftentimes go to greater lengths to obscure their identity, like using the dark web or cryptocurrency. Individuals who investigate crimes against children know common techniques and investigative skills leading to a subject being identified and can therefore use a more sophisticated technique to avoid law enforcement detection.

**AUGUST 4, 2026 SEARCH OF JOHN T DEAL'S RESIDENCE AND PERSON**

20. A search warrant for Deal's residence and electronic devices, was issued in the United States District Court for the District of Nebraska on July 30, 2026. This warrant was executed at 813 East 2nd Street, North Platte, Nebraska, at John T Deal's residence, at approximately 12:10 PM on August 04, 2026.

21. As part of the search warrant items containing electronic storage were seized from

the residence including a Dell tower computer and iPad. And an iPhone was seized from John T Deal's person.

22. During the execution of the warrant, John T Deal was also interviewed. During the interview, when asked if Deal used the Tor or onion browser, he claimed that he only did so on devices at work as part of his employment. Deal later stated he had TOR on a personal tablet, but would not call himself an active user.

**FORENSIC EXAMINATION OF JOHN T DEAL'S DEVICES**

23. The forensic examination of an iPad seized from John T Deal's residence and the iPhone seized from John T Deal's person, recovered approximately 160 TOR, .onion, addresses with some overlapping addresses located on both devices. Of the approximately 160 TOR addresses recovered, 48 TOR addresses resolved to pages containing CSAM; 13 TOR addresses resolved to pages that were taken down at the request of NCMEC (but not necessarily confirmed to contain CSAM); 30 TOR addresses resolved to search or Wiki pages used to navigate TOR; and 35 pages were off-line with no additional information available.

24. Internet activity logs located on the iPad seized from the living room of John T Deal's residence, included the following TOR page:

-oniodtu6xudkiblcijrwwkduu2tdle3rav7nlszrjhrxpjtkg4brmgqd.onion with time stamp 12/29/2024 12:19:46 AM UTC,

25. On August 10,2026, investigators navigated to the above .onion address. The page was titled "TOR directory" and contained links in different categories. The categories included: Hosting; Forums; Private Sites; Entertainment; Hacking; Libraries/Wikis; Markets; Link List; Social; Other; Adult/Erotic; Security; Search Engine and Crypto. Under the Adult/Erotic tab the following links and descriptions were observed:

a) The Exchange – "The Exchange is a platform for buying and selling illicit sexual material – child porn, blackmail material, revenge porn." When clicked on the .onion address exchd6dxei2oqzexyiuy5brqvfier7p7ujqsutbszs6ey57hdte7czyd.onion was loaded. This page contained links to Login or Register, also on the page was an image of a prepubescent girl and the text "Prevent Phishing – Check The URL http://exchrtqfpm4zjlkgjlxrvtcv6zqfhvzrypioatogefp3uegckadhmoyd.onion

b) Loliporn – "LoliPorn has big collection of child porno video and photo. Our members enjoy full high speed access to neatly arranged content. All content is hosted on secure servers and monitored 24/7 by proprietary security software. You will receive all child pornography you ever might find in dark web in one place for low membership fee. Basically, you paying for security and convenience. No more exposure on some sketchy half baked sites! No more uncertainty! Join today and stay with us. Our member zone receives updates weekly. Our members enjoy additional perks such as live chat and secure proxy access to numerous Facebook and VK pedo groups. Support team will guide you through any questions. Your security is our business". When clicked, the .onion address lolidqpzy4egvuczwh6jsfo7s76mthfkxrvicapnocbulkktxt5ifyyd.onion was navigated to. The page contained 28 preview images of CSAM with captions that included "Pedofamily videos you say? We have them! Young mother teaching her little daughter how to be a perfect whore! Who's better…" and "Young parents can't leave underage daughter out of sex games! Why would they? That's right. With mommy's guidance little…"

c) xPlay – "All catagories of adult videos Complete anonymity SD and HD quality." When clicked, the .onion address pornwgxpyu4qvvvje2his5yyozd2wciefbuxw234jumqgtfjwz5fecyd.onion was navigated

to. The page contained the following tabs: “Home”, “Hetero”, “Lesbian”, “Gay” and “Deviations”. Under the “Deviations” tab there were two categories, “Pedo” and “Zoo”. Under the “Pedo” tab there were two additional categories “girls” and “boys”. Investigators opened the “girls” tab under the “Pedo” categories and observed ten pages of preview images, each page contained 25 CSAM images, when an image was clicked on a video player loaded and requested a login to play the video.

d) My Teen – “high quality hardcore porn with children and teenagers! Over 1000 videos! Fast speed; Fast support! Lots of unique content and great community! Safely!” When clicked, the. onion address myteuiqydn3nrtvrzd6yrm2yz3q3u32ba5g6x7dsvkkpqigb65ei2oqd.onion was navigated to. The page contained an image of a prepubescent child with the text “MYTEENS JOIN TODAY” and the text “You asked. We did. Register process. Video Proof of member area. Take a look under the hood.” There were two playable videos that contained CSAM of prepubescent children embedded in the page and a “Registration” link.

e) TeenWorld original** - “*** Over 40,000 Photos and videos inside the members area! *** Download and stream in High Definition. From computer and Mobile! *** Access to 21 FREE Bonus Sites without any extra fees. Plus Daily Live Cams!” When clicked, the .onion address http://teeni6ltteziqm4wkmhdeginbkdy2pgbnapviptn5f4nldubjqzayhid.onion was navigated to. The Page contained a pink background with the text “TEENWORLD you choose the age” under the text was a collage that contained ten images of CSAM. Under the collage was link titled “ENTER” and an additional image of CSAM. When the “ENTER” link was clicked a payment page was opened that contained the text “You

choose the girl! You choose the age! You choose what she get! See what happen!" and "Membership: 1 Month Access - 0.00051456 (00% Discount), 12 Month Access - 0.00246364 (60% Discount), Bitcoin address: bc1qcpmxp70ecjawwpvh0vt0r5cmfmds95rs5u3uqg, *A small payment will immediately be sent back from our website to your BTC Wallet, if the transfer has confirmed in the blockchain. This amount is your password. Example: you received BTC 0.0006185, your password will be the 6185. This is a widely used method. Our server see the BTC Income and send the small amount immediately back to you wallet. Its full automated."

f) Little whore CP porn – "Amateur video shot by the participants of the cp porn themselves. Large web portal for enthusiasts child porn. Photos and videos in HD quality." When clicked, the .onion address litlgrogpoyrxxzr4rikujtw6aylygk7ugml257yfz3tqh6kfylsn6ad.onion was navigated to, the page contained the text "Little whore CP porn, 1500 GiB amateur child porn video, 1985 – 2024 video and photo shooting, The latest update: January 2024, The main cp child porn baby, The main section of our website with modern photos and videos CP" The page contained 150 images of CSAM.

26. Information from the logs located on Deal's iPad showed .onion addresses for, "The Exchange", "Loliporn", "xPlay", "My Teen, and "TeenWorld" which are described above.

27. On August 10, 2026, Investigators navigated to the addresses located in the iPad logs where the pages were recorded for evidence:

a. TOR page, exchrtqfpm4zjlkgjlxrvtcv6zqfhvzrypioatogefp3uegckadhmoyd.onion was logged with time stamp 12/29/2024 12:19:32.071 AM UTC, the page showed it was offline when investigators navigated to it. From the text, "Prevent Phishing – Check The

URL [address omitted] listed on the .onion page "The Exchange" it appeared this was an address previously used for the CSAM page, "The Exchange".

b. TOR page, [address omitted] was logged with the time stamp 12/29/2024 12:53:20.829 AM UTC. On August 10, 2026, investigators navigated to this .onion address and observed it to be visually identical to the page "Loliporn". The page contained 28 preview images of CSAM with captions [caption text omitted].

c. TOR page, [address omitted] was logged with the time stamp 12/29/2024 1:38:44.374 PM UTC. On August 10, 2026, investigators navigated to this .onion page and observed it to be visually identical to the page "Loliporn". The page contained 28 preview images of CSAM with captions [caption text omitted].

c. TOR page, [address omitted] was logged with no time stamp attached. This is the address for the CSAM .onion page "xPlay".

d. TOR page, myteuiqydn3nrtvrzd6yrm2yz3q3u32ba5g6x7dsvkkpqigb65ei2oqd.onion was logged with no time stamp recorded. This is the address for the CSAM .onion page “My Teen”.

e. TOR page, teeni6ltteziqm4wkmhdeginbkdy2pgbnapviptn5f4nldubjqzayhid.onion was logged with the time stamp 12/29/2024 1:01:26.929 AM UTC. This is the address for the CSAM .onion page “TeenWorld”.

## EXAMINATION OF DESKTOP COMPUTER SEIZED FROM JOHN T DEAL’S RESIDENCE

28. The Dell Tower computer seized from Deal’s residence on August 4, 2026 was forensically extracted. There is currently an ongoing forensic review of that extraction however, to date, the following items of evidence have been discovered. In the file users.

29. Eighty-two (82) files containing CSAM were located in a folder at \Users\John\FrostWire\Incomplete. Based upon the file structure it can be deduced that these files were downloads FrostWire peer 2 peer service which were in progress and were stored in a folder named “Incomplete”. The videos in this folder while incomplete, were still playable. These files contained names indicative of child pornography such as “12Yo Girl Nude Layne Preteen Lolita 2010 Msn Webcam Not Stickam Tiny Tits Hairless Pussy Fully Naked Pthc Ptsc Pedo Kiddy.mpg”; “PTHC[1] - 9Yo Anya Abused, Yet, More than willing! 12m32S (P)_NEW.mpg”; and “Lolita - Preteen - Childlover - Pedo - Share - R@ygold Vanessa 12yrs ( 05m 17s ).mpg”.

30. Law enforcement reviewed some of the 82 videos located in this folder. Descriptions of three of the videos are as follows:

[1] I know based on my training and experience that “PTHC” is a common child exploitation-related acronym which stands for “pre-teen hard core.”

a) The video "12Yo Girl Nude Layne Preteen Lolita 2010 Msn Webcam Not Stickam Tiny Tits Hairless Pussy Fully Naked Pthc Ptsc Pedo Kiddy.mpg" with a listed created date of October 21, 2011, was 25 minutes and 17 seconds in length and contained images of the exposed vagina of a prepubescent child. The child appeared to be approximately 10 to 12 years of age.

b) The video "PTHC - 9Yo Anya Abused, Yet, More than willing! 12m32S (P)_NEW.mpg" with a listed created date of October 14, 2011, was 21 seconds in length and contained images of what appeared to be an adult inserting his penis into the mouth of a prepubescent child. The child appeared to be approximately eight to ten years of age.

c) The video "Lolita - Preteen - Childlover - Pedo - Share - R@ygold Vanessa 12yrs ( 05m 17s ).mpg" with a listed created date August 1, 2022, was two minutes and ten seconds in length and contained images of the exposed vagina and anus of a prepubescent child, including images of an adult male inserting his penis into the child's exposed vagina and anus. The child appeared to be approximately ten to 12 years of age.

31. Three (3) videos containing CSAM were located in the folder \Users\John\FrostWire\Saved. In the FrostWire Peer 2 Peer application a video is placed in the "Saved" folder once the video had been completely downloaded from the peer 2 peer service. The three videos located in the "Saved" were reviewed by law enforcement and are described as follows:

a) "PTHC - Porno Brasil - 13yo Boy forced to fuck a Girl (Creampie).avi" with a created date of June 25, 2012, the video was 14minutes and 18 seconds in length and contained images of the exposed penis of a prepubescent child and the exposed vagina of a pubescent child. The prepubescent child appeared to be approximately 11 to 14 years of

age and the pubescent child appeared to be approximately 14 to 16 years of age.

b) “Pedo - (PTHC) 10Yo Kelle And 11Yo Girlfriend.mpg” with a created date of June 25, 2012, the video was one minute and 34 seconds in length and contained images of the exposed vaginas and anuses of two prepubescent children. The child appeared to be approximately 7 to 11 years of age.

c) “Taboo Incest - Grampa Fucks Sleeping Girl Pedo Pthc Porn [2007].mpg” with a created date of June 25, 2012, the video was two minutes and six seconds in length and contained images of an adult male inserting his penis into the exposed vagina of a prepubescent girl. The prepubescent child appeared to be approximately 11 to 13 years of age.

JOHN T DEALS EMPLOYMENT

32. John T Deal is currently employed by the North Platt Police Department as a Police Officer. John T Deal has been a Police Officer with the North Platt Police Department for the past 21 years. As Part of those duties John T Deal had been assigned Cyber Tip investigations by the Nebraska Internet Crimes Against Children (“ICAC”) which investigates child exploitation crimes including child pornography crimes. John T Deal is also a Task Force Officer (“TFO”) with HSI working ICAC cases since 2022.

33. Based on my training and experience as a Special Agent investigating child exploitation crimes, investigating officers do not conduct investigative activities on their personal devices while off-duty. On August 4, 2026, Investigators spoke to the North Platte Police Department’s Chief who stated Deal has not been tasked with working in an undercover capacity and should not be working child exploitation cases from his home computer or residence. Moreover, Deal started working ICAC/child exploitation crimes around 2022, while

the CSAM files on Deal's personal devices indicate files being downloaded from peer-to-peer software as early as 2011.

CONCLUSION

34. In conclusion, your affiant submits that this affidavit provides probable cause showing John T Deal, (DOB: 05/18/1980), received, and was in possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(2) Receipt of Child Pornography, Title 18, United States Code, Section 2252 (a)(4)(B) Access with Intent to View and Possession of Child Pornography.

Amber Mann

Special Agent Amber Mann
FBI Omaha Field Office

Sworn to before me by reliable electronic means:

Dated: 8/28/2026

Jdeluca

Jacqueline M. DeLuca
United States Magistrate Judge