IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHN DEAL,

Defendant.

**WITNESS LIST**

Case No. 4:26MJ3123
Deputy: Nicki Wenzl
Reporter: Digital Recorder
Date: September 01, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Amber Mann | 9/1/2026 |
| Leslie Van Winkle | 9/1/2026 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| | |
| | |